UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALI HAIDER CHAUDRY,

    Plaintiff,

v.

ELAINE C. DUKE, et al.,

    Defendants.

C17-1547 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulation, docket no. 6, is treated as a motion to extend the deadline for filing a Joint Status Report, and such motion is GRANTED as follows. The Joint Status Report required by the Order entered November 2, 2017, docket no. 3, shall be filed within forty-five (45) days of the date of this Minute Order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of January, 2018.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1